UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In Re:  SEALED MATTER

Misc. No.    2:26-mc-50589 -1
Hon.            Judge: Murphy, Stephen J.
                    Filed: 05-29-2026

_____/    FILED UNDER SEAL

## MOTION TO SEAL SEARCH WARRANT

THE UNITED STATES OF AMERICA requests that the investigation-related documents filed, consisting of a Search Warrant, application for a Search Warrant, accompanying affidavit, this motion, and the order to seal, be sealed to avoid compromising an ongoing investigation, with the exception that the government be permitted, pursuant to its discovery obligations—Federal Rules of Criminal Procedure 16 and 26.2, 18 U.S.C. § 3500 (the Jencks Act), *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 450 U.S. 150 (1972), and the Court's Standing Order on Discovery—to produce the investigation-related documents at a later date to any criminal defendant who has standing to challenge a search or seizure authorized by these documents or who may need the investigation-related documents to prepare his or her defense against the charges.

WHEREFORE, the government respectfully requests that the investigation-related documents described above be sealed until further order of the court.

Respectfully submitted,

Jerome F. Gorgon Jr.
United States Attorney

*s/Micah S. Wallace*
 Micah S. Wallace  P80019
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
Micah.Wallace@usdoj.gov
(313) 226-9591

Dated:  May 29, 2026